IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRENT LIGHTSEY AND CHRISTY LIGHTSEY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:25cv597-MHT (WO) |
| **ALABAMA DHR, et al.,** | ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of plaintiffs' emergency petition for a writ of mandamus (Doc. 10), it is ORDERED that the motion is denied. This court lacks the authority to provide the requested relief.

DONE, this the 5th day of August, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**