```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRENT LIGHTSEY AND CHRISTY  )
LIGHTSEY,                   )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )       2:25cv597-MHT
                            )            (WO)
ALABAMA DHR, et al.,        )
                            )
     Defendants.            )
```

                            **ORDER**

This case is before the court on multiple motions from the plaintiffs asking this court on an emergency basis to stay a hearing scheduled for August 7, 2025, in an ongoing state-court dependency case in Chilton County, Alabama, to order the United States Marshals to take immediate custody of their children from the Alabama Department of Human Resources, and for other relief related to the ongoing state proceedings. However, this court cannot give the plaintiffs the relief they seek because "federal district courts may not interfere with ongoing child custody proceedings."

*Liedel v. Juv. Ct. of Madison Cnty., Ala.*, 891 F.2d 1542, 1546 (11th Cir. 1990).

Accordingly, it is ORDERED that the motion for immediate review and injunctive relief (Doc. 15), the emergency motion for immediate physical custody and U.S. Marshal intervention (Doc. 17), and the emergency motion for sealed ex parte review, preservation order, and U.S. Marshal intervention (Doc. 18) are denied.

DONE, this the 6th day of August, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**