IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BRENT LIGHTSEY AND CHRISTY LIGHTSEY,** ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv597-MHT |
| ) | (WO) |
| **ALABAMA DHR, et al.,** ) ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the plaintiffs' emergency motion to consolidate all pleadings and compel complete judicial review (Doc. 22), which the court construes as a motion for a temporary restraining order. Because the plaintiffs have failed to meet the standard for a temporary restraining order, including demonstrating "a substantial likelihood of success on the merits," *Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225 (11th Cir. 2005), it is ORDERED that the motion for temporary restraining order (Doc. 22) is

denied.

DONE, this the 15th day of August, 2025.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**