IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENT LIGHTSEY AND CHRISTY  )
LIGHTSEY,                    )
                            )
      Plaintiffs,           )
                            )      CIVIL ACTION NO.
      v.                    )       2:25cv597-MHT
                            )            (WO)
ALABAMA DHR, et al.,        )
                            )
      Defendants.           )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiffs filed this lawsuit asserting that the defendant state agency, agency employees, sheriff, and judge violated their First, Fourth, and Fourteenth Amendment rights in connection with the removal of a child from their home and related proceedings.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motions to dismiss be granted and plaintiffs' claims be dismissed. Also before the court is a notice to the court from one of the plaintiffs that the court construes as

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted, except with regard to the qualified-immunity analysis, which is unnecessary to reach because the judge was sued only in his official capacity.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2