IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT LIGHTSEY AND CHRISTY LIGHTSEY, <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA DHR, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. <br> )      2:25cv597-MHT <br> )         (WO) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 52) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 48) is adopted, with the exception noted in the opinion.

(3) Defendants' motions to dismiss (Doc. 36, Doc. 40, and Doc. 41) are granted.

(4) Plaintiff's claims against defendants John Shearon, Jennifer Brewer, Mallory Hastings, Sara

Knight, Jessica Thompson, Chris Speaks, and Alabama Department of Human Resources are dismissed without prejudice.

(5) This lawsuit is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2026.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE

2